# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## ASHEVILLE DIVISION
## 1:09cv54

| | |
|---|---|
| HOLLY P. OXNER, JR., and FORREST EUGENE WEAVER, both individually and on behalf of all similarly affected retired and/or active police officers of the City of Asheville, )))))))<br><br>Plaintiffs, )<br>)<br>Vs. )<br>)<br>JEFFREY RICHARDSON, Assistant City Manager of the City of Asheville; LISA ROTH, Director of Human Resources of the City of Asheville; and THE CITY OF ASHEVILLE, )))))))<br><br>Defendants. ) | **ORDER** |

THIS MATTER is before the court on the joint Motion to Stay IAC and to File CIAC. Having considered the joint motion and reviewed the pleadings, the court enters the following Order.

## ORDER

**IT IS, THEREFORE, ORDERED** that the joint Motion to Stay IAC and to File CIAC (#10) is **GRANTED,** and the requirement of conducting an IAC and filing a **CIAC** is **STAYED** until 10 days after resolution of the class certification issue or as may be otherwise directed by the court.

Signed: April 3, 2009

Dennis L. Howell
United States Magistrate Judge