IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv54

| | | |
|---|---|---|
| HOLLY P. OXNER, JR., and FORREST EUGENE WEAVER, both individually and on behalf of all similarly affected retired and/or active police officers of the City of Asheville, | ) ) ) ) ) ) ) | |
| Plaintiffs, | ) ) | |
| Vs. | ) ) | ORDER |
| JEFFREY RICHARDSON, Assistant City Manager of the City of Asheville; LISA ROTH, Director of Human Resources of the City of Asheville; and THE CITY OF ASHEVILLE, | ) ) ) ) ) ) ) | |
| Defendants. | ) ) | |

**THIS MATTER** is before the court on class counsel's report and Motion to Extend Stay. Having considered class counsel's report and motion and reviewed the pleadings, and it appearing that the parties have made significant progress towards an amicable resolution of this matter, the court enters the following Order.

**ORDER**

**IT IS, THEREFORE, ORDERED** that class counsel's report and Motion to Extend Stay (#17) is **GRANTED,** and the **STAY** previously entered is **EXTENDED** up to and inclusive of January 31, 2010.

Signed: December 1, 2009

Dennis L. Howell
United States Magistrate Judge