IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv54

| | |
|---|---|
| HOLLY P. OXNER, JR., and FORREST EUGENE WEAVER, both individually and on behalf of all similarly affected retired and/or active police officers of the City of Asheville, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY RICHARDSON, Assistant City Manager of the City of Asheville; LISA ROTH, Director of Human Resources of the City of Asheville; and THE CITY OF ASHEVILLE, <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) ORDER <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

Pending before the Court is the Motion to Stay [# 45] filed by Defendant City of Asheville. Defendant requests a one month extension of the stay for Notice to the Class. This is the fourteenth motion to extend stay filed by the parties in this case.

For good cause shown, the Court **GRANTS** the Motion to Stay [# 45]. The Court **EXTENDS** the stay until April 30, 2011. The Court **INSTRUCTS** the parties that no further extensions of the stay shall be granted by the Court.

Signed: April 1, 2011

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge