IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:09cv54

| | |
|---|---|
| HOLLY P. OXNER, JR., and FORREST EUGENE WEAVER, both individually and on behalf of all similarly affected retired and/or active police officers of the City of Asheville, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY RICHARDSON, Assistant City Manager of the City of Asheville; LISA ROTH, Director of Human Resources of the City of Asheville; and THE CITY OF ASHEVILLE, <br><br> Defendants. | **ORDER** |

Previously, this Court granted a series of extensions of time to stay these proceedings to facilitate the settlement of this action. In its April 1, 2011, Order, the Court stayed the case until April 30, 2011. (Order, Apr. 1, 2011.) The court also instructed the parties that no further extensions of the stay shall be granted by the Court. There has been no activity on the docket since the expiration of the stay. Accordingly, the Court **DIRECTS** the parties to appear for a hearing at 9:30 a.m. on Monday, November 28, 2011, in Courtroom 2 at the United States District Court

-1-

Western District of North Carolina, Asheville Division, 100 Otis Street, Asheville, North Carolina. At the hearing, the parties should be prepared to address the status of this case and whether it needs to be placed on the next available trial calender.

Signed: November 18, 2011

*Dennis L. Howell*
Dennis L. Howell
United States Magistrate Judge