# United States District Court
# For The Western District of North Carolina
# Asheville Division

HOLLY P. OXNER, JR. And FORREST EUGENE WEAVER, Both Individually and on Behalf of All Similarly Affected Retired and/or Active Police Officers of the City of Asheville ,

        Plaintiffs,

vs.

JEFFREY RICHARDSON, Assistant City Manager of the City of Asheville; LISA ROTH, Director of Human Resources of the City of Asheville; and THE CITY OF ASHEVILLE,

        Defendants.

JUDGMENT IN A CIVIL CASE

1:09-cv-054

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's 08/30/2012 Order.

Signed: August 30, 2012

Frank G. Johns, Clerk
United States District Court